# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-467 |
| | ) | |
| PLAINTIFF, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WAEL S. HERBAWI, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on May 12, 2025. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on May 28, 2025. The defendant admitted to the following violations:

1. Illicit Drug Use;
2. Unauthorized Travel; and
3. Unauthorized Use of Drugs.[1]

The magistrate judge filed a report and recommendation on April 28, 2025, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in all three alleged violations.

---

[1] The U.S. Probation Office submitted a Supplemental Report on May 27, 2025, setting forth this additional alleged violation.

A final supervised release violation hearing was conducted on June 16, 2025. Present were the following: Assistant United States Attorney Kristen Rolph, representing the United States; Attorney Donald Malarcik, representing the defendant; the defendant Wael S. Herbawi, and United States Probation Officers Meredith Longstreet and Benjamin Jurevicius.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2 as contained in the Violation Report dated May 12, 2025, and violation number 3 as contained in the Supplemental Report dated May 27, 2025.

IT IS ORDERED that the defendant's supervised release is revoked, and the defendant is committed to the custody of the United States Marshal for a term of 1 day. The defendant is to serve this term on the date of this order and be released by 4:00 p.m. Following imprisonment, the defendant is to be placed on supervised release for a period of 1 year with the same terms and conditions as previously imposed, and with the following additional condition:

**Location Monitoring Program**: You shall participate in the location monitoring program for a period of 120 days utilizing location monitoring technology at the discretion of the officer and shall abide by all technology requirements. You are restricted to your residence at all times except for employment; education; religious activities, medical, substance abuse, or mental health treatment; attorney visits, court appearances; court-ordered obligations; or other essential activities as approved by the U.S. Pretrial Services

and Probation Officer. You shall follow all the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the court and/or officer. Location monitoring shall commence as soon as possible but no later than 10 business days of sentencing.

      Defendant remanded.

      **IT IS SO ORDERED**.

Dated: June 16, 2025

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**